CP:BSK
F.#2004R01800/OCDETF #NYNYE288

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 0 5 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

LUIS CARLOS BELTRAN-CRISTANCHO,
   also known as "Negro Rambo,"

              Defendant.

- - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 04-749 (S-1)(JG)(VVP)
(T. 21, U.S.C., §§ 846,
841(b)(1)(A)(ii)(II),
963, 960(a)(1),
960(b)(1)(B)(ii),
959(c), 960(a)(3) and 853;
T. 18, U.S.C., §§
3551 et seq.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 0 2007 ★
BROOKLYN OFFICE

<u>COUNT ONE</u>
(Conspiracy to Distribute Cocaine)

1.   In or about and between 1990 and August 30, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LUIS CARLOS BELTRAN-CRISTANCHO, also known as "Negro Rambo," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 <u>et</u> <u>seq</u>.)

## COUNT TWO
(Conspiracy to Import Cocaine)

2. In or about and between 1990 and August 30, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LUIS CARLOS BELTRAN-CRISTANCHO, also known as "Negro Rambo," together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT THREE
(International Distribution Conspiracy)

3. In or about and between 1990 and August 30, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LUIS CARLOS BELTRAN-CRISTANCHO, also known as "Negro Rambo," together with others, did knowingly and intentionally conspire to distribute a controlled substance, intending and knowing that such substance would be imported into the United States from a place outside thereof, which offense involved five kilograms or more of a

substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 959(a).

(Title 21, United States Code, Sections 963, 959(c), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

4. The United States hereby gives notice to the defendant charged with the above offenses that, upon his conviction of any such offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited, the following:

### Money Judgment

A sum of money equal to $450 million in United States currency.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

  (Title 21, United States Code, Section 853)

            A TRUE BILL

            _____
            FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
**ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136**

No. _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

THE UNITED STATES OF AMERICA

vs.

LUIS CARLOS BELTRAN-CRISTANCHO
also known as "Negro Rambo,"

Defendant.

## SUPERSEDING INDICTMENT

Cr. No. 04-749 (S-1) (JG) (VVP)
T. 21 U.S.C., §§ 846, 841(b)(1)(A)(ii)(II),
963, 960(a)(1), 960(b)(1)(B)(ii), 959(c), 960(a)(3)
and 853; T. 18, U.S.C., §§ 3551 et seq.;

A true bill.

_____
Foreman

Filed in open court this _____ day.
of _____ A.D. 19 ___

_____
Clerk

Bail, $ _____

BONNIE KLAPPER, AUSA (718) 254-6426

FORM DBD.34
JUN.85