NEW YORK FEDERAL COURT

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: _____Luis Carlos Beltran-Cristancho_____

2. Related Magistrate Docket Number(s): ___N/A___

   None ( )

3. Arrest Date: ___N/A___

4. Nature of Offense(s):  X  Felony

   ☐ Misdemeanor          Underlying indictment under seal.

5. Related Cases--Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules). _____

6. Projected Length of Trial:   Less than 6 weeks (X)
                                More than 6 weeks ( )

7. County in which cause of action arose: ___Kings___
   (Pursuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed? ( ) Yes ( X ) No

9. Have arrest warrants been ordered?  ( ) Yes ( X ) No

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP   2007 ★
BROOKLYN OFFICE

UNITED STATES ATTORNEY

By: _____
BONNIE KLAPPER
Assistant U.S. Attorney
(718) 254-6426