CP:BSK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LUIS CARLOS BELTRAN-CRISTANCHO,
    also known as "Negro Rambo,"

    Defendant.

- - - - - - - - - - - - - - - - X

FILED
CLERK
2007 DEC -5 PM 12: 42

UNSEALING ORDER
Cr. No. 04-749 (S-1) (JG)

    The United States Attorney's Office, by and through Assistant United States Attorney Bonnie S. Klapper, hereby moves for an order unsealing the above-captioned matter in its entirety. The above-captioned defendant was recently arrested in Mexico City, Mexico and the matter must be unsealed to allow the extradition to proceed in an expeditious manner.

    IT IS HEREBY ORDERED that the above-captioned matter is unsealed for all purposes.

SO ORDERED.

Dated: December 4, 2007
      Brooklyn, New York

                              s/Joan M. Azrack
                              United States Magistrate Judge
                              Eastern District of New York