NEW YORK FEDERAL COURT

INFORMATION SHEET - TO BE FILED ~~UNDER SEAL~~

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 04 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Luis Carlos Beltran Cristancho, et al.</u>

2. Related Magistrate Docket Number(s) N/A

3. Arrest Date: N/A

4. Nature of offense(s): (xx) Felony
   ( ) Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): <u>United States v. Beltran Cristancho, 04-749 (JG) - superseding</u>

6. Projected Length of Trial: Less than 6 weeks ( x )
   More than 6 weeks ( )

7. County in which the cause of action arose: <u>Queens</u>
   (Pusuant to Rule 50.1(d) of the Local EDNY Division of Business Rules)

8. Has this indictment/information been ordered sealed?
   ( ~~✓~~ ) Yes  (X) No

9. Have arrest warrants been ordered?
   (X) Yes  ( ) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By: _____
Bonnie S. Klapper
Assistant U.S. Attorney
(718) 254-6426